372 A.2d 415
Commonwealth v. Cano, Appellant.

Argued December 7, 1976. Walter I. Breslin, for appellant; Joseph J. Dougherty, Assistant District Attorney, with him Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.